s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Jill Caruso, | : | Case No. 2:17-CV-13255 |
| Plaintiff, | : | (Hon. Gershwin A. Drain) (Mag. Judge Mona K. Majzoub) |
| vs. | : | |
| AREC 1, LLC, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Pursuant to a Confidential Settlement Agreement, Waiver, and General Release entered into between the parties, the parties stipulate that this case may be dismissed with prejudice, with each party to bear her or its own costs and attorney fees. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Confidential Settlement Agreement, Waiver, and General Release.

2

          IT IS SO STIPULATED

          /s/ Owen B. Dunn, Jr.
          Owen B. Dunn, Jr. (P66315)
          Valerie J. Fatica (0083812)
          Attorneys for Plaintiff


          /s/ Lynn Vuketich Luther
          Lynn Vuketich Luther (P65492)
          Attorney for Defendant

IT I SO ORDERED:

January 31, 2018          s/Gershwin A. Drain
                                  Hon. Gershwin A. Drain

2